**FILED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683

    Plaintiff,

v.

John W. Snow,
Secretary
Department of the Treasury,
Agency
1750 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

    Defendant.

Case: 1:07-cv-01487
Assigned To : Robertson, James
Assign. Date : 8/17/2007
Description: Employ. Discrim.

## PLAINTIFF's MOTION For Court-Appointed Counsel

Plaintiff requests the Court appoint legal representation.

The Plaintiff requests the Court appoint an attorney for representation pursuant to the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. The complaint involves employment discrimination and seeks relief under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794 (c). Equal Pay Act, Age Discrimination in Employment Act, Title VIII. The Plaintiff exhausted finances in pursuit of the previously related In reference to the related case, United States District Court for the District of Columbia, under Civil Case No. 00CV 02374 (JR) related case.

                                                          Robin Olebara
                                                          #2 Massachusetts Avenue, N.E
                                                          Washington, D.C. 20013-2530
                                                          (202) 269-3683
                                                                   Plaintiff

3