UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA,                       :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 07-1487 (JR)
                                     :
JOHN W. SNOW, Secretary,             :
Department of the Treasury,          :
                                     :
        Defendant.                   :

### ORDER

Plaintiff moves for the appointment of counsel in this discrimination case. Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915 (e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*. Having considered the motion in light of the factors set forth in Local Civil Rule 83.11, the Court finds the appointment of counsel unwarranted at this time. Accordingly, it is

**ORDERED** that plaintiff's motion for appointment of counsel is **DENIED** without prejudice.

JAMES ROBERTSON
United States District Judge