AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Robin Olebara,

   Plaintiff(s)   )
          )  **APPEARANCE**
          )
   vs.      )  CASE NUMBER 1:07-cv-01487
John W. Snow, Secretary of the Treasury, )
          )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elizabeth R. Moore__ as counsel in this
           (Attorney's Name)

case for: __Defendant John W. Snow__
     (Name of party or parties)

9/10/2007
Date

*[Signature: Elizabeth R. Moore]*
Signature

Elizabeth R. Moore
Print Name

D.C. Bar No. 358769
BAR IDENTIFICATION

Office of Thrift Supervision
1700 G St, NW
Address

Washington, DC  20552
City  State  Zip Code

(202) 906-7039
Phone Number