UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robin Olebara,                     )
    Plaintiff                  )
    vs.                        )     **APPEARANCE**
John W. Snow, Secretary of         )     Case Number 1:07-cv-01487
  The Treasury,
                               )
    Defendant
                               )

To the Clerk of this Court and all parties of record:

Please enter the appearance of Dirk S. Roberts as counsel in this case for Defendant John W. Snow.

10/ 10/ 2007
Date

Signature

S.D.N.Y. Bar No. DR -8331
Bar Identification

Dirk S. Roberts
Office of Thrift Supervision
1700 G. Street, N.W.
Washington, D.C.  20552
202-906-7631
dirk.roberts@ots.treas.gov

## Certificate of Service

    I, Dirk S. Roberts, affirm under penalty of perjury that on October 10, 2007 I served a copy of this Appearance on Robin Olebara, plaintiff pro se, by first class mail, postage pre-paid, as follows:

Robin Olebara
#2 Massachusetts Avenue, N.E.
Washington, D.C.  20013

Dirk S. Roberts