UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683
          Plaintiff,

v.                                              CIVIL ACTION NO. 07-1487 (JR)

John W. Snow,
Secretary
Department of the Treasury,
Agency
1750 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
          Defendant.

## PLAINTIFF'S MOTION TO CHIEF JUDGE HOGAN TO RECUSE JUDGE ROBERTSON

1.     I, Robin Olebara, hereby request Chief Judge Thomas F. Hogan to recuse Judge James Robertson from this civil action based on his deciding verdict during the pre-trial conference on November 15, 2001[C.A. No. 00CV02374 (JR)]. During the pre-trial conference Judge Robertson pronounced certain questionable decisions, when he claimed, he used "*his*" clerk to address issues related to the case. The Plaintiff was not privy to the out-of-courtroom conversations the Judge may have had with "his" clerk. As best known, discussions classified as hearsay; and, in conflict with the issues of the case. The Plaintiff never relinquished her position to anyone, including the Judge's clerk.

Since the pre-trial conference, the defendant settled a pending class action case, discrimination in merit rating and pay against African American females at its headquarters' location. The defendant paid class members. The Plaintiff was a class member; and, a vested

RECEIVED
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

agent in the class complaint. As a result of the Judge Robertson's verdict, the Plaintiff was summarily dismissed and exempted from the settlement; denied reimbursement of Plaintiff's funds to purse the complaint; and, any financial relief related to the action.

Further questionable matters, Judge Robertson falsely delayed and postponed the case, when he stated, because of the anthrax scare "no jurors" were available to pool for an already scheduled trial set for the following week, Friday, November 23, 2001. On Wednesday, November 28, 2001 a Washington Post article, Page A11, copy attached, referenced, 'Chief U.S. District Judge Thomas F. Hogan, reads sufficient jurors were available and "no trials have been delayed, so far" he said; ....court officials said yesterday. They said more than 150 jurors available for the trials in the past two weeks.' The evasive tactical claim by Judge Robertson to delay and postpone the trial; and, later issue a summary judgment, for the defendant, against the undisputed facts of record, seems a serious violation against the Plaintiff. Judge Robertson's action and verdict damnified and agitated losses and damages for the Plaintiff and further actions discrimination and retaliation, by the defendant, against the Plaintiff.

2.     The Plaintiff requests Chief Judge Thomas F. Hogan approve Plaintiff's Motion for Court-Appointed Counsel. With all complaints and cases, the Plaintiff used personal funds and assets to pursue these matters with legal representation. Because of less than honorable reasons; and, the defendant's continual pattern and practice, the Plaintiff requests to return to her status (legal standing) with the U.S. District Court for the District of Columbia before the pre-trial conference with legal representation. In the interest of justice, the Plaintiff also requests approval to select her counsel to prevent potential conflicts and imbalances. The Plaintiff should

be similarly situated, represented by a qualified law firm and experienced attorneys to pursue these matters of complaints related to discrimination and retaliation against the defendant; as the defendant has been afforded previous judicial support; and, as available vast funding, resources and staff.

3.   The Plaintiff requests that Chief Judge Thomas F. Hogan recuse Judge James Robertson and assign either Senior Judge John Garrett Penn or Judge Ricardo M. Urbina to this civil matter. The pre-trial conference and summary judgment details Judge James Robertson seems to have gone beyond reasonableness and balance, and, slate the scale of justice with his actions, comments and discussion; and, meted injustice and bias against the Plaintiff and / or bias for the defendant.

_____
Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683
                                        Plaintiff

## AFFIDAVIT OF MAILING

I hereby certify on October 13, 2007, a copy of the "<u>Plaintiff's Motion to Chief Judge Hogan to Recuse Judge Robertson</u>" was mailed via U.S. Postal Service, certified mail, return receipt requested to following three (3) defendants' address:

>    John W. Snow, Secretary
>    Department of Treasury
>    1750 Pennsylvania Avenue, N.W.
>    Washington, D.C. 20220

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. Attorney for the District of Columbia
501 Third Street, N.W.
Washington, D.C. 20001

_____
Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683
       Plaintiff