# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683
        Plaintiff,

v.                      CIVIL ACTION NO. 07-1487 (JR)

John W. Snow,
Secretary
Department of the Treasury,
Agency
1750 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
        Defendant.

## AFFIDAVIT OF MAILING

I hereby certify on August 17, 2007, a copy of the "corrected" and completed complaint, which included the Case Number, Assignments and Description Information on the:

    Summons of Civil Action Complaint
    EEOC's Complainant's Right to File a Civil Action
    Notice of Designation of Related Civil Case Motion; and,
    Plaintiff's Motion for Court-Appointed Counsel

was mailed (via U.S. Postal Service, original receipt, attached) to following defendants' address:

        John W. Snow, Secretary
        Department of Treasury
        1750 Pennsylvania Avenue, N.W.
        Washington, D.C. 20220
Certified Mail, No. 7006 2760 0004 3044 2151, Original Signed Green Card attached.

        U.S. Attorney General
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
Certified Mail, No. 7006 2760 0004 3044 2168, Original Signed Green Card attached.

        U.S. Attorney for the District of Columbia
        501 Third Street, N.W.
        Washington, D.C. 20001
Certified Mail, No. 7006 2760 0004 3044 2175, Original Signed Green Card attached.

*[signature]*
Robin Olebara
#2 Massachusetts Avenue, N.E
Washington, D.C. 20013-2530
(202) 269-3683
        Plaintiff

**RECEIVED**
**OCT 15 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:07-cv-01487 — Filed 10/15/2007 — Page 2 of 2

```
       NATIONAL CAPITAL STATION
       WASHINGTON, District of Columbia
                     200139998
      -        -1050050113 -0092
   08/17/2007    (202)523-2368    11:45:49 PM

                 Sales Receipt
   Product         Sale   Unit        Final
   Description     Qty    Price       Price

   WASHINGTON DC 20530                    $1.3
     Zone-1 First-Class
     Large Env
     3.60 oz.                             $2.
     Return Rcpt (Green Card)             $2.
     Certified
     Label #:       7006     0000430442168
                                       ======
                                         $6.
     Issue PVI:                          $1
   WASHINGTON DC 20220
     Zone-1 First-Class
     Large Env
     3.50 oz.
     Issue PVI:                          $1
                                         $1
   WASHINGTON DC 20220
     Zone-1 First-Class
     Large Env
     3.60 oz.                            $2.15
     Return Rcpt (Green Card)            $2.65
     Certified
     Label #:   70062760000430442151
                                        -$1.
     Customer Post                        $4.
     Subtotal                          =======
                                         $4.80
     Issue PVI:
   WASHINGTON DC 20001                   $1
     Zone-1 First-Class
     Large Env
     3.60 oz.
     Return Rcpt (Green Card)            $2.
     Certified                           $2.6
     Label #:   70062760000430442175
                                        =====
     Issue PVI:                           $6.

   Total:                                $18.
   Paid by:
     Cash                                $20.3
   Change Due:                           -$2.0

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to USPS.com/clicknship
   to print shipping labels with postage.
   For other information call 1-800-ASK-USPS.

   Bill#: 1000800956087
   Clerk: 16

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
   ****************************************
   ****************************************
          HELP US SERVE YOU BETTER
       Go to: http://gx.gallup.com/pos
       TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE
           YOUR OPINION COUNTS
   ****************************************
   ****************************************

                 Customer Copy
```

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   950 Pennsylvania Avenue NW
   Washington, DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ernist L Parker_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   AUG 22 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0004 3044 2168

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John W. Snow
   Secretary
   Department of Treasury
   1750 Pennsylvania Ave, NW
   Washington, D.C.
   20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature _M. Middleton_
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   AUG 22 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0004 3044 2151

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   for the District of Columbia
   501 Third Street, N.W.
   Washington, D.C.
   20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ernist L Parker_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   AUG 24 2007

C. Date of Delivery
   2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0004 3044 2175

PS Form 3811, August 2001    Domestic Return Receipt