**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBIN OLEBARA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1487 (JR) |
| JOHN W. SNOW, Secretary, Department of the Treasury, | : |
| Defendant. | : |

### ORDER

A motion for recusal is properly addressed to the judge assigned to a case, and not to the Chief Judge.  Plaintiff's motion appears to assert that I improperly delayed the November 2001 trial date in one of her earlier cases, No. 00-2374, making up an excuse related to the anthrax scare.  The record will confirm, however, that in fact I took the case off the trial calendar because the defendant had filed a strong motion for summary judgment, which, at the pretrial conference, it appeared that I would grant.  I did grant the motion for summary judgment several weeks later, plaintiff appealed, and my decision was summarily affirmed.  This case was assigned to me because plaintiff herself noted its relationship to No. 00-2374.  There is no reason for me to recuse myself, and I decline to do so.  The recusal motion [#8] is **denied**.  The initial status conference

set for **9:00 a.m. on November 2, 2007,** will go forward as scheduled.

                                              JAMES ROBERTSON  
                               United States District Judge