UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN OLEBARA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1487 (JR) |
| JOHN W. SNOW, Secretary, Department of the Treasury, | : |
| Defendant. | : |

## SCHEDULING ORDER

After an initial scheduling conference held in open Court on November 2, 2007 the parties' oral report of the Rule 16.3 conference is approved **SO ORDERED**. It is

**FURTHER ORDERED** that discovery is to begin immediately and to be completed March 3, 2008. It is

**FURTHER ORDERED** that any dispositive motion be filed no later than April 3, 2008, with any oppositions due May 2, 2008 and replies due May 19, 2008. It is

**FURTHER ORDERED** that a status conference is set for **January 23, 2008 at 4:30 p.m**. The parties are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions. And it is

**FURTHER ORDERED** that the final pretrial conference is set for **July 10, 2008 at 4:30 p.m.** and that trial will commence at **9:30 a.m. on July 21, 2008.**


                                    JAMES ROBERTSON
                              United States District Judge