UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA, :

    Plaintiff, :

v. : Civil Action No. 07-1487 (JR)

JOHN W. SNOW, Secretary, :
Department of the Treasury,
     :
    Defendant.
     :

DEFENDANT'S INITIAL RULE 26(a) DISCLOSURES

Defendant, the Secretary of the Department of Treasury, as and for his initial disclosures pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, states as follows:

Rule 26(a)(1)(A). The following individuals are likely to have discoverable information that defendant may use to support his defenses. All are current or former employees of the Office of Thrift Supervision ("OTS") and may be contacted through agency counsel.

1. Richard M. Riccobono. Mr. Riccobono was the Deputy Director of OTS during the time period relevant to this action. He has information concerning the reorganization and reduction in force conducted by OTS in 2002; the reasons for the reorganization and reduction in force, including the

agency's budget deficit; and a senior staff meeting at which the reduction in force was discussed.

2. Scott M. Albinson. Mr. Albinson was Managing Director, Supervision, during the relevant period and became plaintiff's second-line supervisor when the Compliance Policy unit was placed under his supervision. He has information concerning the senior staff meeting at which the reduction in force was discussed and the positions eliminated in Supervision and the Compliance Policy unit as part of the 2002 reduction in force.

3. Richard Riese. Mr. Reise was Director, Compliance Policy, during the relevant period and was plaintiff's first-line supervisor in 2001-2002. He has information concerning the positions eliminated in the Compliance Policy unit as part of the 2002 reduction in force.

4. Marie Janios. Ms. Janios was Program Manager, Staffing and Outplacement, during the relevant period. She has information concerning the implementation of the 2002 reduction in force and a conversation with plaintiff relating to bump and retreat rights.

5. Sandra B. Thomas. Ms. Thomas was a Benefits Analyst during the relevant period. She has information concerning the processing of plaintiff's retirement papers.

6. Sue Rendleman. Ms. Rendleman was Director, Human Resources, during the relevant period. She has information concerning the 2002 reduction in force.

7. Glenda Spence. Ms. Spence held positions in Human Resources during the relevant period. She may have information concerning the 2002 reduction in force.

8. Diane Cantrell. Ms. Cantrell held positions in Human Resources during the relevant period. She may have information concerning the 2002 reduction in force.

Rule 26(a)(2)(B). Documents that defendant may use to support its defenses are contained in the Investigative File, Equal Opportunity Complaint of Robin Olebara and should already be in plaintiff's possession. Defendant may also use documents in plaintiff's official personnel folder.

Defendant reserves the right to supplement this disclosure.

Dated: November 15, 2007

                    OFFICE OF CHIEF COUNSEL
                    OFFICE OF THRIFT SUPERVISION

                    */s/ Dirk S. Roberts*
                    Dirk S. Roberts
                    Deputy Chief Counsel, Litigation
                    SDNY No. 8331DR
                    202-906-7631
                    dirk.roberts@ots.treas.gov

                    Elizabeth R. Moore
                    Special Counsel
                    D.C. Bar No. 358769
                    202-906-7039
                    elizabeth.moore@ots.treas.gov

                    OFFICE OF THRIFT SUPERVISION
                    1700 G Street, NW
                    Washington, D.C. 200552

## CERTIFICATE OF SERVICE

I, Dirk S. Roberts, affirm under penalty of perjury that on November 15, 2007 I served a copy of Defendant's Initial Rule 26(a) Disclosures by first-class mail, postage pre-paid, as follows:

Ms. Robin Olebara
# 2 Massachusetts Avenue, NW
Washington, D.C. 20013

_____
Dirk S. Roberts