## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBIN OLEBARA,<br>        Plaintiff,<br><br>   - v -<br><br>JOHN W. SNOW, Secretary,<br>U.S. Department of the Treasury,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1487 (JR) |

### DEFENDANT'S NOTICE OF RE-SERVING DISCOVERY DOCUMENTS

Defendant, the Secretary of the United States Department of the Treasury, hereby advises

the Court that on November 29, 2007, Defendant re-served on the plaintiff two discovery

documents originally served on November 15, 2007: (1) Defendant's Interrogatories and Request

for Production of Documents; and (2) Defendant's Initial Rule 26(a) Disclosures.

Due to an error in plaintiff's address, the Postal Service returned the original service

copies to Defendant on November 29, 2007.

Defendant had filed the Initial Disclosures with the Court when they were originally

served, on November 15, 2007, and is submitting herewith another copy of the Initial Disclosures

with a revised certificate of service showing plaintiff's correct address and stating that the

document was re-served on November 29, 2007.

Defendant did not file Defendant's Interrogatories and Request for Production of

Documents with the Court and therefore is not submitting a copy of that document with this

notice; however, Defendant re-served that document on plaintiff on November 29, 2007, along

with the Initial Disclosures.

Dated: December 3, 2007.

Respectfully submitted,

JOHN E. BOWMAN
Chief Counsel


DIRK S. ROBERTS
Deputy Chief Counsel, Litigation
SDNY No. 8331DR
Telephone: (202) 906-7631
E-mail: Dirk.Roberts@ots.treas.gov

ELIZABETH R. MOORE
Special Counsel
D.C. Bar No. 358769
Telephone: (202) 906-7039
E-mail: Elizabeth.Moore@ots.treas.gov

OFFICE OF THRIFT SUPERVISION
1700 G Street, N.W.
Washington, D.C.  20552

Fax (202) 906-6353

Attorneys for Defendant
John W. Snow, Secretary
United States Department of the Treasury

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA,                    :

        Plaintiff,              :

    v.                              :        Civil Action No. 07-1487 (JR)

JOHN W. SNOW, Secretary,    :
Department of the Treasury,

                     :

        Defendant.              :

                     :

DEFENDANT'S INITIAL RULE 26(a) DISCLOSURES

Defendant, the Secretary of the Department of Treasury, as and for his

initial disclosures pursuant to Rule 26 (a)(1) of the Federal Rules of Civil

Procedure, states as follows:

Rule 26(a)(1)(A). The following individuals are likely to have discoverable

information that defendant may use to support his defenses. All are current

or former employees of the Office of Thrift Supervision ("OTS") and may

be contacted through agency counsel.

1. Richard M. Riccobono. Mr. Riccobono was the Deputy Director of OTS

during the time period relevant to this action. He has information

concerning the reorganization and reduction in force conducted by OTS in

2002; the reasons for the reorganization and reduction in force, including the

agency's budget deficit; and a senior staff meeting at which the reduction in force was discussed.

2. Scott M. Albinson. Mr. Albinson was Managing Director, Supervision, during the relevant period and became plaintiff's second-line supervisor when the Compliance Policy unit was placed under his supervision. He has information concerning the senior staff meeting at which the reduction in force was discussed and the positions eliminated in Supervision and the Compliance Policy unit as part of the 2002 reduction in force.

3. Richard Riese. Mr. Reise was Director, Compliance Policy, during the relevant period and was plaintiff's first-line supervisor in 2001-2002. He has information concerning the positions eliminated in the Compliance Policy unit as part of the 2002 reduction in force.

4. Marie Janios. Ms. Janios was Program Manager, Staffing and Outplacement, during the relevant period. She has information concerning the implementation of the 2002 reduction in force and a conversation with plaintiff relating to bump and retreat rights.

5. Sandra B. Thomas. Ms. Thomas was a Benefits Analyst during the relevant period. She has information concerning the processing of plaintiff's retirement papers.

6. Sue Rendleman. Ms. Rendleman was Director, Human Resources, during the relevant period. She has information concerning the 2002 reduction in force.

7. Glenda Spence. Ms. Spence held positions in Human Resources during the relevant period. She may have information concerning the 2002 reduction in force.

8. Diane Cantrell. Ms. Cantrell held positions in Human Resources during the relevant period. She may have information concerning the 2002 reduction in force.

Rule 26(a)(2)(B). Documents that defendant may use to support its defenses are contained in the Investigative File, Equal Opportunity Complaint of Robin Olebara and should already be in plaintiff's possession. Defendant may also use documents in plaintiff's official personnel folder.

Defendant reserves the right to supplement this disclosure.

Dated: November 15, 2007

> OFFICE OF CHIEF COUNSEL
> OFFICE OF THRIFT SUPERVISION
>
> Dirk S. Roberts
> Deputy Chief Counsel, Litigation
> SDNY No. 8331DR
> 202-906-7631
> dirk.roberts@ots.treas.gov
>
> Elizabeth R. Moore
> Special Counsel
> D.C. Bar No. 358769
> 202-906-7039
> elizabeth.moore@ots.treas.gov
>
> OFFICE OF THRIFT SUPERVISION
> 1700 G Street, NW
> Washington, D.C. 200552

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2007, I served a copy of the foregoing

"**Defendant's Initial Rule 26(a) Disclosures**" on the following by first class mail, postage

prepaid:


Robin Olebara
#2 Massachusetts Avenue, NE
Washington, DC  20013-2530


Elizabeth R Moore
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2007, I served a copy of the foregoing

"DEFENDANT'S NOTICE OF RE-SERVING DISCOVERY DOCUMENTS" on the following by first class

mail, postage prepaid:


      Robin Olebara
      #2 Massachusetts Avenue, NE
      Washington, DC  20013-2530


                Dirk S. Roberts
                Attorney for Defendant