UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robin Olebara
Post Office Box 2530
Washington, D.C. 20013-2530
(202) 269-3683
      Plaintiff,

v.                                                      CIVIL ACTION NO. 07-1487 (JR)

John W. Snow,
Secretary
Department of the Treasury,
Agency
1750 Pennsylvania Avenue, N.W.
Washington, D.C. 20220
      Defendant.

### PLAINTIFF'S MOTION TO EXPUNGE/REMOVE RESIDENCE FROM RECORDS

Plaintiff requests the court expunge and remove "Plaintiff's" residence address and related information (personal information) demanded during the status conference held Wednesday, January 23, 2008 from transcripts; notes and records.

Yesterday, January 23, 2008, during the Status Conference, the defendant obligated Judge James Robertson to insist and demand the Plaintiff's home address; and, location (personal information). The Plaintiff requests the court remove all references to the "Plaintiff's personal information; and, compel the defendant to do the same. Additionally, required the defendant to acknowledge, by written confirmation, to the Plaintiff, such action has been taken; and, advise the Plaintiff whether the personal information has been provided to anyone (directly or indirectly); and, the full name of anyone who was provided the Plaintiff's personal information; and, the reason for disclosure.

During the conference, it was agreed the Plaintiff's U.S. Postal Service, mailing address will be used:

Post Office Box 2530

Washington, D.C. 20013-2530

The address, as shown above, had been the only known address, to the defendant, for the Plaintiff during her entire employment at the U.S, Department of Treasury, Office of Thrift Supervision; and, its predecessor agency, "Federal Home Loan Bank Board" *from* 1989 *ending* 2002, for all record purposes.

*[signature]*
Robin Olebara
Post Office Box 2530
Washington, D.C. 20013-2530
(202) 269-3683
                  Plaintiff

Certificate of Service

I, Robin Olebara, declare under penalty of perjury on January 24, 2008, I mailed a copy Plaintiff's Motion To Expunge/Remove Residency From Records by first class mail to the following.

John W. Snow, Secretary
Department of Treasury
1750 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

U.S. Attorney for the District of Columbia
501 Third Street, N.W.
Washington, D.C. 20001

*[signature]*
Robin Olebara
Post Office Box 2530
Washington, D.C. 20013-2530
(202) 269-3683
                  Plaintiff
01-24-2008
Date