UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA,  )
    Plaintiff,  )
                        )    Civil Action No. 07-1487 (JR)
- v -  )
                        )
JOHN W. SNOW, Secretary,  )
U.S. Department of the Treasury,  )
    Defendant.  )

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXPUNGE

Defendant John W. Snow, Secretary of the Treasury, hereby responds to Plaintiff's "Motion to Expunge/Remove Residence from Records," in which she asks the Court to remove all references to her "home address; and, location (personal information)" from its transcripts, notes and records, and to "compel the defendant to do the same." Plaintiff also asks the Court to order Defendant to (1) acknowledge in writing that it has done so; (2) advise her whether Defendant has provided her personal information to anyone, and (3) if so, provide her with the name of such person and the reason for disclosure.

At the status conference on January 23, 2008, the Court directed defense counsel to serve Plaintiff by mail at her P.O. Box address. Defendant has not provided Plaintiff's street address to anyone, nor does it plan to do so. We note, however, that Plaintiff's residential street address is on the Internet, and thus available to the general public.

Dated: January 29, 2008.                                          Respectfully submitted,

                                                                                JOHN E. BOWMAN
                                                                                 Chief Counsel

-2-

/s/ *Elizabeth Moore*
_____
DIRK S. ROBERTS
Deputy Chief Counsel

ELIZABETH R. MOORE
Special Counsel
D.C. Bar No. 358769
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C. 20552

Telephone (202) 906-7631
Fax (202) 906-6353
E-mail: Dirk.Roberts@ots.treas.gov

Attorneys for Defendant
John W. Snow, Secretary
United States Department of the Treasury

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2008, I served a copy of the foregoing **"Defendant's Response to Plaintiff's Motion to Expunge"** on the following by first class mail, postage prepaid:

>    Robin Olebara
>    P.O. Box 2530
>    Washington, DC  20013-2530

*[signature]*
Elizabeth R. Moore
Attorney for Defendant