UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA,                        :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-1487 (JR)
                                      :
JOHN W. SNOW, Secretary,              :
Department of the Treasury,           :
                                      :
        Defendant.                    :

### ORDER

Plaintiff's motion to expunge or remove her residence address from the record of this case [15] is **denied**. Local Civil Rule 5.1(e)(1) provides that the first filing on behalf of a party must have in the caption the "full residence address" of the party. Plaintiff violated this rule by giving as her address what turns out to be the address of a central post office. When two government attempts to serve her at that address by mail were unsuccessful (packages returned undeliverable), plaintiff was required to give her residence address in open court on January 23, 2008. Plaintiff has shown no good cause why her "full residence address" should not be of record. The "record," in any event, is only words that were spoken in an essentially empty courtroom at a status conference on January 23. Unless somebody makes a transcript of that proceeding, nobody except government counsel, the undersigned judge, and the courtroom deputy clerk will have made any note of plaintiff's actual

residence address (which, however, is apparently available on the internet).

                                              JAMES ROBERTSON
                                 United States District Judge