UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN OLEBARA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 07-1487 (JR) |
| ) | |
| HENRY PAULSON[1], ) | |
| Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE

WILL THE CLERK, Court, and opposing party please note the appearance of Christopher A. Sterbenz as additional counsel for Defendant.

Undersigned counsel has noted that the Plaintiff's service of documents filed with the Court has not complied with the requirement that documents be served on opposing counsel. The Plaintiff is directed to serve all her filings, correspondence, or other documents on the Defendant's counsel:

Christopher A. Sterbenz
Attorney
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C. 20552

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Henry Paulson, the current Secretary of the Treasury, is substituted for John Snow, who left office on July 3, 2006, prior to the institution of the present suit.

Dated: February 12, 2008

Respectfully submitted,

JOHN E. BOWMAN
Chief Counsel

DIRK S. ROBERTS
Deputy Chief Counsel

ELIZABETH R. MOORE
Special Counsel

/s/_____
CHRISTOPHER A. STERBENZ
Attorney
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C.  20552
Telephone (202) 906-6528
Fax (202) 906-6353
christopher.sterbenz@ots.treas.gov
DC Bar No. 437722

Attorneys for Henry Paulson,
Secretary
United States Department of the
Treasury

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2008, I served a copy of the foregoing on the following by certified mail, return receipt requested:

>Robin Olebara
>P.O. Box 2530
>Washington, DC  20013-2530

>/s/_____
>Christopher A. Sterbenz
>Attorney
>Office of Thrift Supervision
>1700 G Street, N.W.
>Washington, D.C.  20552
>Telephone (202) 906-6528
>Fax (202) 906-6353
>christopher.sterbenz@ots.treas.gov
>DC Bar No. 437722

Case 1:07-cv-01487-JR    Document 18    Filed 02/12/2008    Page 3 of 3