```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


ROBIN OLEBARA,                     :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 07-1487 (JR)
                                   :
JOHN W. SNOW, Secretary,           :
Department of the Treasury,        :
                                   :
        Defendant.                 :
```

### ORDER

Plaintiff's "motion to bench on claims of issues" [19] appears, as the government's opposition says, to be both a third request for appointed counsel and a response to a dispositive motion that has not yet been filed. The motion is **denied without prejudice**. The government is urged to file its anticipated motion promptly, so that the Court can evaluate the context in which Ms. Olebara is making her repeated requests for counsel.

```
                                        JAMES ROBERTSON
                                  United States District Judge
```