UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN OLEBARA,                         :
                                       :
        Plaintiff,                     :
                                       :
   v.                                  :  Civil Action No. 07-1487 (JR)
                                       :
JOHN W. SNOW, Secretary,               :
Department of the Treasury,            :
                                       :
        Defendant.                     :

### MEMORANDUM

Plaintiff has failed to respond to defendant's motion for summary judgment within the time permitted by the local rule and even within the extended time permitted by this Court's order of April 1, 2008 [#26].  The Court has carefully reviewed the statement of material facts not in dispute attached to the motion [#23-3].  Plaintiff has not refuted any part of that statement, although she was given clear notice of her obligation to do so.

The record clearly establishes that plaintiff retired in lieu of termination by a reduction-in-force; that the selection of her position for the RIF was for legitimate, non-discriminatory reasons; that she had no "bumping" rights; and that the person who selected her position for the RIF had no knowledge of her prior protected activity.  The record shows that there is no genuine issue as to any material fact and that the government is entitled to judgment as a matter of law.

Fed.R.Civ.P. 56(c).  An appropriate order accompanies this memorandum.


                                        JAMES ROBERTSON
                                   United States District Judge