**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBIN OLEBARA, | : |
|       Plaintiff, | : |
|     v. | : Civil Action No. 07-1487 (JR) |
| JOHN W. SNOW, Secretary, Department of the Treasury, | : |
|       Defendant. | : |

**ORDER**

For the reasons set forth in the accompanying memorandum, the government's motion for summary judgment [#23] is **granted**, and the Clerk is directed to enter judgment for the defendant.

                                          JAMES ROBERTSON
                              United States District Judge