UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBIN OLEBARA**
        Plaintiff(s)

        vs.                            Civil Action No.   1:07-cv-1487

**JOHN W. SNOW**
        Defendant(s)

FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum, it is hereby

ORDERED AND ADJUDGED that the complaint is dismissed with prejudice. Judgment is hereby entered in favor of the defendant.

This is a final appealable order. See Fed. R. App. P.4(a).

Dated at Washington, D.C.: May 8, 2008.

NANCY MAYER-WHITTINGTON
Clerk

By: _____
Deputy Clerk